NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**VIRNETX INC., LEIDOS, INC., FKA SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,**
*Plaintiffs-Appellees*

v.

**APPLE INC.,**
*Defendant-Appellant*

2021-1672

Appeal from the United States District Court for the Eastern District of Texas in No. 6:12-cv-00855-RWS, Judge Robert Schroeder, III.

**ON MOTION**

Before MOORE, *Chief Judge*, HUGHES and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

VirnetX Inc. and Leidos, Inc. moved for an extension of time to file a petition for rehearing until June 5 [ECF No.

77] and subsequently filed a petition for panel rehearing, which the court construes as including a motion to stay the above-captioned appeal pending resolution of any petition for rehearing filed in Appeal No. 2020-2271, *VirnetX Inc. v. Mangrove Partners Master Fund* [ECF No. 80].

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for extension of time is denied as moot.

(2) The motion to stay the above-captioned appeal pending resolution of any petition for rehearing filed in Appeal No. 2020-2271, *VirnetX Inc. v. Mangrove Partners Master Fund* is granted.

FOR THE COURT

May 5, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court