# United States Court of Appeals for the Federal Circuit

―――――――――

**VIRNETX INC., LEIDOS, INC., FKA SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,**

*Plaintiffs-Appellees*

v.

**APPLE INC.,**

*Defendant-Appellant*

―――――――――

2021-1672

―――――――――

Appeal from the United States District Court for the Eastern District of Texas in No. 6:12-cv-00855-RWS, Judge Robert Schroeder, III.

―――――――――

**MANDATE**

―――――――――

In accordance with the judgment of this Court, entered March 31, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 30, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court